In the Matter of DYLAN K., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHEN L. K., Appellant. (Appeal No. 3.) [703 NYS2d 785] —Order unanimously

affirmed without costs. Same Memorandum as in *Matter of Dylan K.* (269 AD2d 826 [decided herewith]). (Appeal from Order of Erie County Family Court, Townsend, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Pigott, Jr., and Balio, JJ.